IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WALLACE RIVERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO.  1:12-cv-0702-TMH |
| | ) | (WO) |
| TONY PATTERSON, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on October 15, 2012 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #9) filed on October 1, 2012 is adopted; and

3.  The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Rivers is DENIED and DISMISSED.

DONE this 30th day of October, 2012.

  /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE